IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SHIRLEY J. WHITE; JENNIFER LACHANCE;
ISABEL HODGSON; and JAMES VINES, on
behalf of themselves and all others similarly
situated                                                                                      PLAINTIFFS

v.                                      Case No. 2:11-CV-02243

VOLKSWAGEN GROUP OF AMERICA, INC.                                      DEFENDANT

## ORDER

Before the Court is Defendant Volkswagen Group of America, Inc.'s first Motion to Dismiss (Doc. 10), which was filed on February 17, 2012. Shortly thereafter, on March 14, 2012, Plaintiffs filed an Amended Complaint (Doc. 12). Defendant then filed a new Motion to Dismiss (Doc. 17) on May 14, 2012, addressing the claims made in Plaintiffs' First Amended Complaint. Accordingly, the Court finds that Defendant's first Motion to Dismiss (Doc. 10), based on claims made in the original Complaint, was superseded by Defendant's second Motion to Dismiss (Doc. 17).

Defendant's first Motion to Dismiss (Doc. 10) is therefore **DENIED AS MOOT**.

IT IS SO ORDERED this 27th day of September, 2012.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE