IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SHIRLEY J. WHITE; JENNIFER LACHANCE;
ISABEL HODGSON; and JAMES VINES,
on behalf of themselves and all others similarly situated                                         PLAINTIFFS

v.                                            Case No. 2:11-CV-02243

VOLKSWAGEN GROUP OF AMERICA, INC.                                                              DEFENDANT

## JUDGMENT

For the reasons set forth in the Court's Order filed contemporaneously herewith, IT IS HEREBY ORDERED AND ADJUDGED that Defendant Volkswagen Group of America, Inc.'s Motion to Dismiss (Doc. 17) is GRANTED. Plaintiff James Vines' claims are voluntarily dismissed; Plaintiff Shirley J. White's claims are dismissed with prejudice for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6); and the remaining claims of Plaintiffs Jennifer LaChance and Isabel Hodgson are dismissed without prejudice, due to lack of proper venue, pursuant to 28 U.S.C. § 1406(a). The parties are instructed to bear their own attorney's fees and costs.

IT IS SO ORDERED AND ADJUDGED this 25th day of February, 2013.

/s/P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE